UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-CR-101 |
| vs. | ) | |
| | ) | |
| JOHN R. GLOVER | ) | COLLIER/LEE |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 19, 2009, and a continued hearing on August 25, 2009, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Action on Conditions of Release and the Warrant for Arrest issued by the undersigned magistrate judge. Those present for the hearing included:

(1) AUSA Mel Schwing for the USA.
(2) Defendant JOHN R. GLOVER.
(3) Attorney Brent O. Horst for defendant.
(4) Courtroom Deputy Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

At the August 19, 2009 hearing, it was determined the defendant had been provided with a copy of the Petition for Action on Conditions of Release and the Warrant for Arrest and had the opportunity of reviewing those documents with his attorney.

At the August 19, 2009 hearing, AUSA Schwing called a witness whose testimony supported the allegations in the Petition. At the August 25, 2009 hearing, the defendant conceded to his revocation. Based on the testimony presented and defendant's concession, I conclude the defendant has failed to abide by his conditions of release. Therefore, he must be detained without bond.

SO ORDERED.

ENTER.

Dated: August 25, 2009         s/William B. Mitchell Carter
                               UNITED STATES MAGISTRATE JUDGE