UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA,      )
                               )
v.                             )        No. 1:09-cr-101-TRM/MJD
                               )
JOHN GLOVER                    )

## MEMORANDUM AND ORDER

Defendant John Glover appeared for a hearing on May 22, 2026, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for Warrant for an Offender Under Supervision [Doc. 84] (the "Petition") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant is represented by retained counsel, Attorney Timothy D. Hewitt. Attorney Hewitt was present at the hearing. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge McDonough. Defendant requested a preliminary hearing and a detention hearing and time to prepare for the same.

Accordingly, the Court **ORDERS** that:

(1) A preliminary hearing and a detention hearing be set on June 2, 2026, at 2:00 p.m. before this Court.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER:

s/ _Susan K. Lee_
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE